FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 FEB -5  AM 11: 35

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 21-117 VJI |
| vs. | ) | 18 U.S.C. § 115(a)(1)(B): |
| **THADDEUS JOSEPH PONCE,** | ) | Influencing Federal Official by Threat |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

Beginning on or about August 10, 2019 and continuing to on or about October 7, 2019, in Otero County, in the District of New Mexico, the defendant, **THADDEUS JOSEPH PONCE**, did threaten to assault and kill John Doe and Jane Doe, employees of the Bureau of Indian Affairs, with intent to intimidate John Doe and Jane Doe while they were engaged in the performance of their official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

FRED J. FEDERICI
Acting United States Attorney

*[signature]*

AARON O. JORDAN
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304